ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Markus Edward Hamlett<br><br>*Defendant(s)* | Case No.<br>3:26-mj-3/HTC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  12/3/2025-1/31/2026  in the county of  Escambia  in the  Northern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 871(a) | Threats against President and successors to the Presidency |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joseph L. Akos Jr.
*Printed name and title*

Sworn to telephonically before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: February 2, 2026

_____
*Judge's signature*

City and state:  Pensacola, Florida    Hope Thai Cannon, U.S. Magistrate Judge
*Printed name and title*



FILED USDC FLND PN
FEB 2 '26 PM 4:01