# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                         **CASE NO.: 3:26mj3-HTC**

**MARKUS EDWARD HAMLETT**

_____/

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### I.   INTRODUCTION

I, Joseph L. Akos Jr., being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with the United States Secret Service (USSS) and have been so employed since June 2013. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. As a Secret Service Agent, I attended and graduated from the U.S. Secret Service Academy, which was conducted at the James J. Rowley Training Center (JJRTC) in Laurel, Maryland, in February of 2014. I also attended and graduated from the federal criminal investigator program conducted by the Federal Law Enforcement Training Center (FLETC), from June 2013 to September 2013. Prior to that, I served as a Sheriff's Deputy for the Hillsborough County Sheriff's Office in Tampa, Florida from 2005-2013. I have been trained in obtaining probable cause, surveillance techniques, the interviewing of subjects and

1



FILED USDC FLND PN
FEB 2 '26 PM 4:01

witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also received training on criminal violations at various conferences and venues.

2.  This Affidavit is made in support of a Criminal Complaint against **MARKUS EDWARD HAMLETT**. As set forth herein, there is probable cause to believe **HAMLETT** made threats to the life of President Donald Trump via emails, phone calls, and in person. This is in violation of Title 18, United States Code, Section 871(a).

3.  This Affidavit is based upon my personal knowledge, experience, and investigation, as well as information related to me directly or through reports of other USSS Agents and other law enforcement officers in the course of their official duties. Because this Affidavit is submitted for the limited purpose of obtaining a Criminal Complaint and Arrest Warrant, I have not included all information known by me or other investigators concerning this investigation. I have set forth only those facts I believe are essential to establish the necessary foundation for the Complaint and Warrant. This Affidavit does not exhaust my knowledge or that of other investigators of the facts and circumstances surrounding this investigation.

## II. RELEVANT FACTS OF THE INVESTIGATION

4.  On or about May 17th and May 18th, 2025, the user email mark_haml@yahoo.com, sent numerous emails threatening the life of President Donald Trump. The email excerpts below were from the same sender: Markus

Hamlett.

| | |
|---|---|
| **From:** | Markus Hamlett |
| **To:** | team@missguyana.gy; Shahiba Radix; Imarah Radix; information@thenewtodaygrenada.com; Nowgrenada Info; pro@guyanapoliceforce.gy; circulation@stabroeknews.com; kaieteurnews@yahoo.com; newsroom@guardian.co.tt; IZAD, DARIUS Capt USAF AFLOA 377 ABW/ADC; PERKINS, ALEXANDER M SA USAF AFPC AFOSI/DPMLS; THOMAS, ASHLEY N SA USAF AMC AFOSI DET 322/OSI DET 322; RILEY, ADRIANNE S SSgt USAF AETC AFROTC/Detachment 805; CARSON W. SrA USAF AFGSC 90 GCTS/S3NOC POELL; SHMIDL, JUSTIN R MSgt USAF AFGSC 90 CS/SCOI; TENDETNIK, MEGGIE A CIV USAF AFGSC 90 FSS/FSH; SIMPSON, KIMBERLY A SrA USAF AFLOA 377 ABW/JAJD; MICHAEL W. SrA USAF AFGSC 90 GCTS/S4C KNOWLES; CARROTHERS, CHRISTOPHER K MSgt USAF AFMC AFLCMC Det 5/CCF; ums@tass.ru; mayra preciado |
| **Subject:** | [Non-DoD Source] Trump |
| **Date:** | Saturday, May 17, 2025 3:26:56 PM |

I'm Markus Hamlett and I'm publicly Threatening Donald Trump. He's VERY dangerous and I'll stop at nothing to stop him

| | |
|---|---|
| **Subject:** | [Non-DoD Source] Re: Trump |
| **Date:** | Saturday, May 17, 2025 7:32:55 PM |

I'm planning on murdering Donald trump

| | |
|---|---|
| **Subject:** | [Non-DoD Source] Re: Trump |
| **Date:** | Saturday, May 17, 2025 7:43:21 PM |

Markus Hamlett has a plan to murder Donald Trump

| | |
|---|---|
| **Subject:** | [Non-DoD Source] Re: Trump |
| **Date:** | Saturday, May 17, 2025 7:48:43 PM |

I Markus hamlett was in Washington DC on dates known to the government and my ex wife. I went there to plan to murder trump.

| | |
|---|---|
| **Subject:** | [Non-DoD Source] Re: Trump |
| **Date:** | Sunday, May 18, 2025 7:54:16 AM |

I'm putting my intent to murder Trump all over the internet. The world will soon know what a DUMB BITCH that man is.

| | |
|---|---|
| **Subject:** | [Non-DoD Source] Re: Sneak peak trump |
| **Date:** | Sunday, May 18, 2025 10:30:59 AM |

Here's my receipt from the days I was in Washinton DC preparing Trumps death. I'm going to murder the President of the United States

3

5. On or about January 30, 2026, **HAMLETT** was detained by the Escambia County Sheriff's Office (ECSO), in Escambia County, Florida (in the Northern District of Florida) for a Baker Act evaluation. **HAMLETT** was transported to the Lakeview Center, 1221 West Lakeview Ave, Pensacola, FL for a mental health evaluation. On the same date, ECSO notified USSS of **HAMLETT**'s detainment. While at the Lakeview Center, **HAMLETT** made numerous verbal statements to the intake staff at the facility, threatening to take the life of President Trump.

6. On January 31, 2026, USSS Agents Akos and Tyus responded to the Lakeview Center to interview **HAMLETT** about the emails sent from a user with the same name. Upon hearing that the agents were employed by the USSS, **HAMLETT** stated he had been waiting a long time to speak with us. He stated, "I have been sending emails and making phone calls for a year trying to get arrested." **HAMLETT** provided his email address as mark_haml@yahoo.com, and stated he has been the one sending the emails.

7. A records check conducted in USSS databases revealed numerous entries of threats made by the name of Markus **HAMLETT**. This included an arrest in October of 2025 in California for making threats to kill President Trump by the San Jose Police Department. **HAMLETT** called 911 in this incident and advised he had "a great plan to assassinate Donald Trump." During the interview with SA

4

Akos and SA Tyus, **HAMLETT** stated he did make the 911 call with the above threat. He was arrested during that incident and to his surprise he was released shortly thereafter. While in the custody of ECSO on Friday 1/30/26, **HAMLETT** related to the Deputies that he made a call to 911 while in California saying he was going to murder Donald Trump.

8. An additional records search revealed the following email was provided to USSS by the CIA's Threat Management Unit. The email below was sent to the CIA's public website on 12/3/25. During the interview with SA's Akos and Tyus, **HAMLETT** provided his phone number as: 850-797-9283.

> **Message Posted on:** 12/3/2025, 19:24:20 EST
> **Name:** markus hamlett
> **Phone Provided:** 8507979283
> **Email Provided:** mark_haml@yahoo.com
>
> **Message Text:** "The murder of Donald Trump! He should know in 5 days I'll publicly fuck him up if I dont have my phone back. It'll just be a fun little thing I do to him. He should really kiss my ass, I'll even keep it a secret!"

### III.  CONCLUSION

9. Based on the above stated facts and circumstances, your affiant believes probable cause exists that **HAMLETT** has violated Title 18, United

States Code, Section 871(a), threats against the President.

*Joseph L. Akos Jr.*
_____
JOSEPH L. AKOS JR.
U.S. SECRET SERVICE

Subscribed and sworn to before me ~~on~~ *telephonically* this 2nd day of February, 2026, in Pensacola, Florida.

_____
HOPE THAI CANNON
United States Magistrate Judge

6